UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 1:21-cv-03835

DULCIE WALKER, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

ELITE MOTORS, INC.,

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Dulcie Walker, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice.

Date: September 9, 2021

                                                           Respectfully submitted,

                                  By:    **HIRALDO P.A.**

                                               */s/ Manuel S. Hiraldo*
                                               Manuel Hiraldo, Esq.
                                               Florida Bar No. 030380
                                               401 E. Las Olas Blvd., Suite 1400
                                               Fort Lauderdale, FL 33301
                                               mhiraldo@hiraldolaw.com
                                               Telephone: 954-400-4713